Edgar Padilla Martinez
Reg # 18722-069
FCI Med-hi
P.O. Box 52020
Bennettsville, S.C. 29512

United States District Court
of Puerto Rico
150 Federal Building
Carlos Chardon Avenue
Hato Rey, P.R. 00918-1767

November 19th, 2007

Re: U.S. vs Edgar Padilla Martinez, Criminal No. 00-43 ( PG )

Dear Clerk, I hope this letter finds you well today. I'm fine

Would you please forward me a docket sheet for this case.

Thank You,

*[signature]*

Edgar Padilla Martinez
Reg # 18722-069