Edgar Padilla Martinez
Reg # 18722-069
FCI Med-hi
P.O. Box 52020
Bennettsville, S.C. 29512

Legal Mail Service

FLORENCE SC 295
20 NOV 2007 PM 2



U.S. District Court of Puerto Rico
150 Federal Building
Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918-1767

00918>1767

FEDERAL CORRECTIONAL INST.
696 MUCKERMAN RD. BENNETTSVILLE, S.C. 29512
DATE 11-20-07
THE ENCLOSED LETTER WAS PROCESSED
THROUGH SPECIAL MAILING PROCEDURES
FOR FORWARDING TO YOU. THE LETTER
HAS BEEN NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTHER INFORMATION
OR CLARIFICATION. IF THE WRITER
ENCLOSED CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE,
PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS.