Edgar Padilla Martinez
Reg # 18722-069
FCI Med-hi
P.O. Box 52020
Bennettsville, S.C. 29512

United States Court of Appeals
for the First Circuit
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, Ma 02210

November 19th, 2007

Re: Status of Appeal, U.S. vs Padilla Martinez, # 03-1130

Dear Clerk of Court, I hope you're well today. I'm fine.

    I was appointed Christopher T. Dolan for this appeal in the above caption by this Court on September 29th, 2003. Over the years since, I have only had minimal contact with him about my case. I am unsure of what happened with my appeals prosecution, as I had issues that I wanted presented by Mr. Dolan to this Court for review. Please let me know the status of my appeal. I have been patiently awaiting a reply from him or the Court as to my appeal in this matter.

                                                   Respectfully Yours,

                                                   Edgar Padilla Martinez
                                                   Reg # 18722-069

[Stamp: RECEIVED & FILED NOV 26 2007 OFFICE CLERK, U.S. DISTRICT SAN JUAN, P.R.]