OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

September 29, 2003

Reg.#18722-069

Re:   **United States v. Padilla-Martinez**
      No. 03-1130

Dear Sir:

    This is to inform you that the Court on this date has appointed Attorney Christopher T. Dolan to represent you on appeal. His telephone number is 617-504-6477.

                                Sincerely yours,
                                RICHARD CUSHING DONOVAN, Clerk

                                RICHARD CUSHING DONOVAN

cc: Christopher T. Dolan

*[handwritten: 101 Tremont St, Suite 800, Boston, MA 02108]*

# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 03-1130

UNITED STATES

Appellee

v.

EDGARDO PADILLA-MARTINEZ

Defendant - Appellant

**ORDER OF COURT**

Entered: September 29, 2003

    Upon consideration of appellant's request, Ernesto Hernandez Milan is allowed to withdraw as counsel for appellant. New counsel has been appointed this date.

**By the Court:**

Richard Cushing Donovan, Clerk

## JULIE GREGG
Appeals Attorney

cc:    Sonia I. Torres-Pabon, Esq.
        Nelson J. Perez-Sosa, Esq.
        Ernesto Hernandez Milan, Esq.
        Christopher T. Dolan, Esq.
        Edgardo Padilla-Martinez

Direct Recipients:
        Sonia I. Torres-Pabon, Esq.
        Nelson J. Perez-Sosa, Esq.
        Ernesto Hernandez Milan, Esq.
        Christopher T. Dolan, Esq.