```
    BEN5H           *       INMATE EDUCATION DATA       *    01-02-2008
PAGE 001 OF 001 *                 TRANSCRIPT            *      14:58:48

REGISTER NO: 18722-069      NAME..: PADILLA-MARTINEZ         FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: BEN-BENNETTSVILLE FCI

------------------------------ EDUCATION INFORMATION ------------------------------
FACL ASSIGNMENT DESCRIPTION               START DATE/TIME STOP DATE/TIME
BEN  ESL HAS    ENGLISH PROFICIENT        02-26-2001 1354 CURRENT
BEN  GED HAS    COMPLETED GED OR HS DIPLOMA 07-08-2003 0837 CURRENT

------------------------------- EDUCATION COURSES -------------------------------
SUB-FACL   DESCRIPTION               START DATE   STOP DATE  EVNT AC LV   HRS
BEN        FCI WALK/JOG PROGRAM      02-26-2007   03-04-2007  P   C  P    10
JES        LEGAL RES TUES. 6:30P-8:30P 09-09-2004 12-06-2004  P   C  P    24
JES        L. WRITING TUES. 6:30P-8:30P 02-26-2004 05-13-2004 P   C  P    24
GUA M      ADV CARD MAKING 2B UNIT   08-05-2002   10-17-2002  P   C  P    15
GUA M      DECOUPAGE UNIT 2B         01-28-2002   04-16-2002  P   C  P    15
GUA M      WALK 8:30-10:30           07-22-2001   10-27-2001  P   C  P    30
GUA M      SESS 8-11 PARENTING SKILLS 11-26-2000  02-13-2001  P   C  P    30
GUA M      CARD MAKING (8-11 A.M.) QTR 2A 11-20-2000 02-02-2001 P C  P    15
GUA M      ESL  2:00 - 3:30 P.M.     09-08-2000   01-10-2001  P   C  N   172

-------------------------------- HIGH TEST SCORES --------------------------------
TEST        SUBTEST       SCORE      TEST DATE    TEST FACL   FORM      STATE
CASAS       LIST PLACE    204.0      08-29-2000   GUA         3
            READ CERT     230.0      01-10-2001   GUA         522C
            READ LEV A    202.0      11-30-2000   GUA         32 A
            READ PLACE    212.0      08-29-2000   GUA         3




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```