Edgar Padilla-Martinez- 18722-069
FCI Med-hi
P.O. Box 52020
Bennettsville, S.C. 29512

Legal Mail Service

Clerk's Office
U.S. District Court for the
District of Puerto Rico
150 Federal Building
Carlos Chardon Avenue
Hato-Rey, P.R. 00918-1767