AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    PUERTO RICO

UNITED STATES OF AMERICA,    **APPEARANCE**

v.    **CASE NUMBER:** CR 00-043(PG)

**PADILLA-MARTINEZ, et.al.**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America.

Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is

to be terminated.

January 19th, 2008
*Date*

*ss/ Scott H. Anderson*
**AUSA SCOTT H. ANDERSON**
**USDC #20014**
Torre Chardón, Room #1201
350 Carlos Chardón Ave.
San Juan, Puerto Rico 00918
(787) 766-5656

## CERTIFICATE OF SERVICE

I hereby certify that on January 19th, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system.

*ss/ Scott H. Anderson*
**AUSA SCOTT H. ANDERSON**
**USDC #20014**
Assistant U.S. Attorney